**No. 62962.**—Novik & Co., Inc. *v.* United States, protest 309244–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C.D. 1837), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 10, 1959

**No. 62963.**—Jacob Elishewitz & Sons Co., Inc., et al. *v.* United States, protests 58/14490, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiffs was sustained.